AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 13 2019
BY_____ARTHUR JOHNSTON_____DEPUTY

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:19mj22-MTP |
| Blas GARCIA-Jimenez ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 7, 2019__ in the county of __Jasper__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a)(1)& (2) | Illegal Reentry |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Brent Druery, SA HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 08/13/2019

_____
Judge's signature

City and state: Jackson, Mississippi

Mike T. Parker, United States Magistrate Judge
Printed name and title

## AFFIDAVIT FOR PROBABLE CAUSE FOR
## A COMPLAINT AND ARREST WARRANT

I, Brent Druery, being duly sworn, do hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1.    I am employed as a Special Agent with Homeland Security Investigations ("HSI"), assigned to the Resident Agent in Charge in Jackson, Mississippi. I have been so employed since November of 2002. I have received training and been assigned to conduct investigations of criminal violations of the United States Code as enumerated in Titles 8, 18, 19, 21, 22, 31 and various other federal statutes.

2.    I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. This affidavit is being submitted in support of a criminal complaint against Blas GARCIA-Jimenez, and, as such, does not include all the information known to me as part of this investigation, but only information sufficient to establish probable cause for the issuance of a criminal complaint against Blas GARCIA-Jimenez for violating Title 8, United States Code, Sections 1326(a)(1) and (2), reentry of removed alien.

## PROBABLE CAUSE

3.    On August 07, 2019, Immigration and Customs Enforcement (ICE) executed seven criminal and administrative search warrants at chicken processing company locations across the Southern District of Mississippi. During the execution of the search warrant at Peco Foods, 95 Commerce Drive, Bay Springs, Mississippi 39338, ICE officials encountered Blas GARCIA-Jimenez (Alien # XXXXX6419), an illegal alien from Mexico. Record checks for Blas GARCIA-Jimenez revealed three prior encounters by U.S. immigration officials. On or about July 25, 2006, GARCIA-Jimenez was encountered by U.S. immigration officials near Calexico,

California, and was granted a Voluntary Return to Mexico. On or about July 29, 2006, GARCIA-Jimenez was encountered a second time by U.S. immigration officials near Calexico, California, and was again granted a Voluntary Return to Mexico. On or about August 25, 2008, GARCIA-Jimenez was encountered by U.S. immigration officials Laurel, Mississippi, during the execution of a federal search warrant at Howard Industries Incorporated and was issued a Notice to Appear. He was thereafter removed to Mexico from Hidalgo, Texas, on or about October 3, 2008. Queries within ICE databases revealed Blas GARCIA-Jimenez has not received consent from the Attorney General of the United States or Secretary of Homeland Security to apply for readmission, or to re-enter into the United States.

## CONCLUSION

5. Based on these underlying facts and circumstances, as set forth above, it is my belief that probable cause exists showing that Blas GARCIA-Jimenez, is a citizen and national of Mexico, illegally present in the United States, who reentered and was found in the United States after deportation and removal without having first obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a)(1) and (2).

Respectfully submitted,

_____
Brent Druery
Special Agent
Homeland Security Investigations

SWORN to before me on this __13__ day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE